**UNITED STATES of America, Plaintiff–Appellee**

v.

**Eric Lamar GROOMS, Defendant–Appellant.**

**No. 08–11008 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 30, 2009.

Denise B. Williams, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Helen Miller Liggett, Assistant, Federal Public Defender Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Eric Lamar Grooms raises argu-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

ments that are foreclosed by *United States v. Hinson,* 429 F.3d 114, 119 (5th Cir. 2005), which held that a defendant is not entitled to a jury trial to determine whether the terms of supervised release have been violated. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

\* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be